IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Willis Towers Watson Southeast, Inc., and Willis Americas Administration, Inc., <br><br>Plaintiffs,<br><br>v.<br><br>Alliant Insurance Services, Inc., Douglas Pera, John Wyatt, IV, Jessica Laux, Karen Highlander, Timothy Bucheger, Jane Walters, Andrea Kay, and Debbie Johnson,<br><br>Defendants. | Civil No.: 3:23-cv-00659-HEH |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Willis Towers Watson Southeast, Inc. and Willis Americas Administration, Inc. ("Plaintiffs"), and Alliant Insurance Services, Inc., Douglas Pera, John Wyatt, IV, Jessica Laux, Karen Highlander, Timothy Bucheger, Jane Walters, Andrea Kay, and Debbie Johnson ("Defendants"), have entered into a written confidential agreement resolving the claims in this action. The parties' written confidential agreement provides for certain continuing obligations, regarding which they seek the Court's agreement to retain jurisdiction for purposes of enforcing the parties' agreement notwithstanding dismissal of the action with prejudice.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby STIPULATED and AGREED among all parties, and it is ORDERED by the Court, as follows:

1. Plaintiffs dismiss with prejudice all of their claims against Defendants in this action;
2. All parties shall bear their own fees and costs incurred in the action; and

1

51497083.1

3. Notwithstanding the parties' respective dismissals with prejudice, the Court retains jurisdiction for purposes of interpreting and/or enforcing the parties' confidential settlement.

**IT IS SO ORDERED.**

Dated: _____

HON. HENRY E. HUDSON
Senior United States District Judge

**WE ASK FOR THIS:**

December 27, 2023

Respectfully submitted,

_____
Robert C. Gill (VSB No. 26266)
SAUL EWING LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC 20006
(202) 333-8800
(202) 337-6065 (Facsimile)
Robert.Gill@saul.com

*Attorney for Plaintiffs*

_____
Micah B. Schwartz (VSB No. 77299)
WILLIAMS MULLEN
323 2nd Street SE, Suite 900
Charlottesville, VA 22902
(434) 951-5737
(434) 817-0977 (Facsimile)
mschwartz@williamsmullen.com

*Attorney for Defendants*