IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WILLIS TOWERS WATSON SOUTHEAST, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALLIANT INSURANCE SERVICES, INC., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 3:23-cv-659–HEH |

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed on January 2, 2024 (ECF No. 72). The parties represent that they have fully resolved all claims. Therefore, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

The Clerk is directed to send a copy of this Order to all counsel of record. This case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: January 3, 2024
Richmond, VA